**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUZMAN and MARIA AGUILAR,<br><br>            Plaintiffs,<br><br>    v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES *et al.*,<br><br>            Defendants. | NO. C 09-215 TEH<br><br>ORDER CONTINUING HEARING ON SAXON MORTGAGE SERVICES, INC.'S MOTION TO DISMISS |

    To accommodate the Court's calendar, the hearing on Defendant's Motion to Dismiss currently set for March 23, 2009 is hereby CONTINUED to **10 A.M. on April 13, 2009.** The briefing schedule for this motion will remain the same.

**IT IS SO ORDERED.**

Dated: March 2, 2009

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT