**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUZMAN and MARIA AGUILAR, <br><br> Plaintiffs, <br><br> v. <br><br> OLD REPUBLIC DEFAULT MANAGEMENT SERVICES *et al.*, <br><br> Defendants. | NO. C 09-215 TEH <br><br> <u>ORDER TO SHOW CAUSE</u> |

The Court is in receipt of Defendant's Motion to Dismiss and Reply brief in support of that motion, which is scheduled for hearing on April 13, 2009, at 10:00 A.M. Plaintiffs failed to file an opposition to the motion or a statement of nonopposition by March 2, 2009, as required by Civil Local Rules 7-3(a) and (b). Upon the clerk's effort to contact Plaintiffs' counsel, the Court learned that the Los Angeles County Superior Court has assumed jurisdiction over the law offices of Mitchell Roth and that the State Bar of California has taken control of his case files. The Court further learned that in a number of other cases in which Mitchell Roth serves as counsel to similarly situated plaintiffs, Plaintiffs have likewise failed to oppose motions to dismiss or to file a statement of nonopposition.

Accordingly, on April 13, 2009, at 10:00 A.M., Plaintiffs Alejandro Guzman and Maria Aguilar are ordered to either appear *pro se* on their own behalf, or to have a new lawyer file a notice of appearance and show cause why the case should not be dismissed for

failure to oppose the motion.  Failure to appear at this hearing, or to send counsel, shall result in the dismissal of the case.  Any written response to this order shall be filed no later than April 1, 2009.  Plaintiffs' existing attorney in this matter, if any remains, and Defendant's attorney shall serve a copy of this order and the pending motion on Mr. Guzman and Ms. Aguilar **within three days of this order.**  Service by first class mail shall be sufficient.

**IT IS SO ORDERED.**

Dated: March 13, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT