**United States District Court**
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9   ALEJANDRO GUZMAN and
    MARIA AGUILAR,

10                    Plaintiffs,                          NO. C 09-215 TEH

11          v.                                             ORDER DISMISSING
                                                           WITHOUT PREJUDICE
12   OLD REPUBLIC DEFAULT
     MANAGEMENT SERVICES *et al.*,

13

14                    Defendants.

15          On March 13, 2009, the Court issued an order to show cause in this matter, in which

16   the Court ordered Plaintiffs Alejandro Guzman and Maria Aguilar to "either appear *pro se* on

17   their own behalf, or to have a new lawyer file a notice of appearance and show cause why the

18   case should not be dismissed for failure to oppose the motion." The Court stated that

19   "[f]ailure to appear at this hearing, or to send counsel, shall result in the dismissal of the

20   case."

21          Neither Plaintiffs nor their lawyer appeared at the hearing the Court held on April 13,

22   2009. Plaintiffs have likewise failed to oppose Defendant's motion to dismiss or to file a

23   statement of nonopposition. Under Federal Rule of Civil Procedure 41(b), the Court may

24   dismiss a case for failure to prosecute or failure to comply with a court order. Accordingly,

25   and good cause appearing, as neither of the Guzmans nor their attorney appeared at the Order

26

27

28

1    to Show Cause hearing on April 13, 2009, the matter is hereby dismissed without prejudice.

2

3

4    **IT IS SO ORDERED.**

5

6    Dated: April 14, 2009

7    THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

8

9

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2